**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JOHN CRAWFORD, JR.**                                               **PLAINTIFF**

        **v.**               **Civil No. 04-5315**

**MAERSK LINE, LIMITED**                                      **DEFENDANT**

### **O R D E R**

Now on this 29th day of September, 2005, comes on for consideration the joint **Stipulation** of the parties (document #19), stating that the parties agree that this case should be dismissed with prejudice, and the Court, being well and sufficiently advised, hereby **ORDERS** that this matter is **dismissed with prejudice**, each party to bear its own costs and attorney's fees.

    **IT IS SO ORDERED.**

                                                               **/s/ Jimm Larry Hendren**
                                                               **JIMM LARRY HENDREN**
                                                               **UNITED STATES DISTRICT JUDGE**